UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

STAR WASTE SERVICES, LLC, )
ENGLUND BROS. COMPANY, INC., )
STAR WASTE DISPOSAL, LLC, )
AMERICAN WASTE NETWORK, LLC, )
AMERICAN WASTE SERVICES, LLC, )
LADIES FIRST WASTE, LLC, )
)
          Plaintiffs, )
) No. 1:07-CV-127
v. )
) Chief Judge Curtis L. Collier
U.S. WASTE, LLC, )
CLARENCE JOSEPH EMMER, )
DAN FRANKLIN EMMER, SR., )
DAN FRANKLIN EMMER, JR., )
JASON R. EMMER, )
GEORGE FRANKLIN EMMER, )
BUD FRANKLIN EMMER, JR., )
)
          Defendants. )

## ORDER

Before the Court is Defendants' motion for summary judgment (Court File No. 72). Defendants filed a statement of material facts (Court File No. 73) and memorandum in support of their motion (Court File No. 74). Plaintiffs filed a response in opposition to the motion (Court File No. 87) and a response to the statement of facts (Court File Nos. 88, 93). Defendants filed a reply (Court File No. 91). For the reasons discussed in the accompanying memorandum, the motion (Court File No. 72) is **GRANTED** as to the federal claims against Defendants. In addition, the Court declines to exercise supplemental jurisdiction over the remaining state claims and counterclaims and **REMANDS** the case to the Circuit Court of Hamilton County, Tennessee.

Plaintiffs also filed a motion to continue the trial date (Court File No. 102). Since this Order

resolves the case in federal court, Plaintiffs' motion (Court File No. 102) is **DISMISSED AS MOOT**.

The Clerk's Office is **DIRECTED** to close the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**